

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Michelle L. Goldman*  *970 Broad Street, Suite 700*  *Direct Dial: (973) 645-2840*
*Assistant United States Attorney*  *Newark, New Jersey 07102*

July 25, 2025

**VIA ECF**
The Honorable Julien Xavier Neals
United States District Judge
Martin Luther King Federal Building
    & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    United States v. Dexter Pickett
              Crim. No. 23-1032

Dear Judge Neals:

    The Government submits this letter to respectfully requests a 60-day extension for the Government to file its response to Defendant Dexter Pickett's ("Defendant" or "Pickett's") motion for early termination of supervised release.

    The Government's response to Defendant's motion is currently due on Friday, July 25, 2025. The Government is requesting additional time to respond to Defendant's motion, obtain copies of relevant documents, including the underlying 2012 plea agreement, and assign a replacement attorney, as undersigned counsel will be unavailable to proceed in this matter. This is the Government's first request for an extension of the briefing schedule.

    For these reasons, the Government respectfully requests a sixty-day extension to respond to Defendant's motion, revised as follows:

- Government's response to Defendant's motion due by **September 23, 2025.**

Thank you for your consideration.

**So ORDERED on 7/28/2025:**

_____
**JULIEN XAVIER NEALS**
**United States District Judge**

Hon. Julien Xavier Neals
July 25, 2025
Page 2

                                                  Respectfully submitted,

                                                  ALINA HABBA
                                                  Acting United States Attorney

                                                  */s/ Michelle L. Goldman*
                                                  By: Michelle L. Goldman
                                                  Assistant U.S. Attorney

cc:    Dexter Pickett, Defendant (via ECF)